UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NICK SUITER, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | CAUSE NO. 5:15-CV-00334-FB |
| ASI LLOYDS and JOHN WIERMAN, | | |
| Defendants. | | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff NICK SUITER and Defendants ASI LLOYDS and JOHN WIERMAN have reached a settlement in this matter. Plaintiff and Defendants will submit an agreed motion of dismissal with prejudice within 30 days.

Respectfully submitted,

By: _____*/s/ Andrew A. Howell*_____
Todd M. Tippett
State Bar No. 24046977
TTippett@zelle.com
Andrew A. Howell
State Bar No. 24072818
AHowell@zelle.com

**ZELLE HOFMANN VOELBEL & MASON LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:   (214) 742-3000
Facsimile:    (214) 760-8994

**ATTORNEYS FOR DEFENDANT
ASI LLOYDS**

        - and -

By:     */s/ Wes Holland*
Wes Holland
State Bar No. 24007379
WHolland@anglawfirm.com
William N. Allan, IV
State Bar No. 24012204
ServeOne@anglawfirm.com
**ALLAN, NAVA & GLANDER, PLLC**
825 W. Bitters Road, Suite 102
San Antonio, Texas 78216
(210) 305-4220 – phone
(210) 305-4219 – fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Joint Notice of Settlement has been served this 16th day of June 2015 by electronic filing as follows:

William N. Allan, IV
Texas Bar No. 24012204
serveone@ANGlawfirm.com
Wes Holland
Texas Bar No. 24007379
wholland@ANGlawfirm.com
**ALLAN, NAVA, GLANDER & HOLLAND, PLLC**
825 W. Bitters Road, Suite 102
San Antonio, Texas 78216
(210) 305-4220 – phone
(210) 305-4219 – fax

**ATTORNEYS FOR PLAINTIFF**

      */s/ Andrew A. Howell*
      Andrew A. Howell

2169453v1